AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. 8:21-cr-3-T-60AAS |
| Manuel Alberto Luna-Wilson | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Manuel Alberto Luna-Wilson

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

Date: 1/6/2021

_____
Issuing officer's signature

City and state:    Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| **Return** | |
| This warrant was received on *(date)* 1-6-21 , and the person was arrested on *(date)* 1-12-21 at *(city and state)* MIAMI, FL . | |
| Date: 1-13-21 | _____ SIGN FOR ICE Arresting officer's signature |
| | Roger Dwal C.D.S. Printed name and title |